UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GIOVANNI WILSON,
as Guardian of the Person and Property
which were of REGINO WILSON,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV- 0943 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 18 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 16, 2007, granting the government's motion to dismiss for lack of jurisdiction; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the government's motion to dismiss for lack of jurisdiction is granted.

Dated: Brooklyn, New York
       October 17, 2007

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court